```
                         IN THE UNITED STATES BANKRUPTCY COURT
                              NORTHERN DISTRICT OF ILLINOIS
                                     EASTERN DIVISION
```

```
IN RE:  JOHN L. & CHRISTIE M. EASLEY              )  Chapter 13
                                                  )
                                                  )
                                                  )
                                   - Creditor     )  No. 09B16100
Wells Fargo Bank, N.A./US Bank National           )
Association, as Trustee for SASCO                 )
2005-RF3                                          )
                                                  )
                     v.                           )  Judge
                                                  )  Bruce W. Black
JOHN L. & CHRISTIE M. EASLEY       - Debtor       )
                                                  )
```

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

    PLEASE TAKE NOTICE THAT ON August 13, 2009 at 9:15 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Bruce W. Black, U.S. Bankruptcy Judge, Will County Court Annex Building, 57 North Ottawa Street, Room 201, Joliet, Illinois 60432, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

    I, the undersigned Attorney, Certify that a copy of this notice was served to the addresses attached by electronic notice through ECF or depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on August 4, 2010, with proper postage prepaid.

```
                                        PIERCE & ASSOCIATES, P.C.
**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY               /s/Yanick Polycarpe
INFORMATION OBTAINED WILL BE            ARDC#6237892
USED FOR THAT PURPOSE**
                                        1 North Dearborn
                                        Suite 1300
                                        Chicago, Illinois 60602
                                        312-346-9088

PA09-2759
```

NOTICE OF MOTION ADDRESSES

To Trustee:
Glenn B. Stearns
4343 Commerce Court
Suite 120
Lisle, Illinois 60532
**by Electronic Notice through ECF**

To Debtor:
JOHN L. & CHRISTIE M. EASLEY
2115 Abbey Circle
Plainfield, IL 60586
**by U.S. Mail**

To Attorney:
David M. Siegel and Associates
790 Chaddick Drive
Wheeling, Illinois 60090
**by Electronic Notice through ECF**

PIERCE & ASSOCIATES, P.C.
Suite 1300
1 North Dearborn
Chicago, Il 60602
(312) 346-9088

PA09-2759

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
RE: JOHN L. & CHRISTIE M. EASLEY,     )
                                       )
                                       )
Wells Fargo Bank, N.A./US Bank         )
National Association, as Trustee       )
for SASCO 2005-RF3,                    )
              Creditor,                )
                                       )
     vs.                               )   CASE NO. 09B16100
                                       )   JUDGE BRUCE W. BLACK
JOHN L. & CHRISTIE M. EASLEY,          )
              Debtor(s),               )
                                       )
```

**MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES Wells Fargo Bank, N.A./US Bank National Association, as Trustee for SASCO 2005-RF3, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 2115 Abbey Circle, Plainfield, IL, be modified, stating as follows:

1. On May 4, 2009, the above captioned case was filed as a Chapter 13 then converted to Chapter 7 on June 22, 2010.

2. Wells Fargo Bank, N.A./US Bank National Association, as Trustee for SASCO 2005-RF3 services the first mortgage lien on the property located at 2115 Abbey Circle, Plainfield, IL.

3. The debt is based on an August 31, 2004, Mortgage and Note in the original sum of $197,229.00.

4. The funds necessary to pay off Wells Fargo Bank, N.A./US Bank National Association, as Trustee for SASCO 2005-RF3 on the above captioned account were approximately $234,105.98, plus reasonable attorney fees and costs, through August 2010. The debtor's schedules list the fair market value of said property at $235,000.00.

5. The account is currently due and owing to Wells Fargo Bank, N.A./US Bank National Association, as Trustee for SASCO 2005-RF3 for the December 2008 current mortgage payment and those thereafter, plus reasonable attorney fees and costs.

6. The debtor has no equity in the property located at 2115 Abbey Circle, Plainfield, IL, for the benefit of unsecured creditors.

7. Wells Fargo Bank, N.A./US Bank National Association, as Trustee for SASCO 2005-RF3 continues to be injured each day it remains bound by the Automatic Stay.

8. Wells Fargo Bank, N.A./US Bank National Association, as Trustee for SASCO 2005-RF3 is not adequately protected.

9. The property located at 2115 Abbey Circle, Plainfield, IL is not necessary for the debtor's reorganization.

10. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT PRAYS that the Automatic Stay be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, plus such other relief as this Court deems just.

    Wells Fargo Bank, N.A./US Bank National Association, as Trustee for SASCO 2005-RF3

/s/Yanick Polycarpe
Yanick Polycarpe
ARDC#6237892

Pierce and Associates, P.C.
One North Dearborn Street
Suite #1300
Chicago, Illinois 60602
(312)346-9088