IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RE: JOHN L. & CHRISTIE M. EASLEY, )
)
Wells Fargo Bank, N.A./US Bank )
National Association, as Trustee )
for SASCO 2005-RF3, )
                Creditor, )
   vs. )   CASE NO. 09B16100
)   JUDGE BRUCE W. BLACK
JOHN L. & CHRISTIE M. EASLEY, )
                Debtor(s), )
)

## ORDER MODIFYING STAY

    This cause coming to be heard on the Motion of Wells Fargo Bank, N.A./US Bank National Association, as Trustee for SASCO 2005-RF3, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

    IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to Wells Fargo Bank, N.A./US Bank National Association, as Trustee for SASCO 2005-RF3 and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 2115 Abbey Circle, Plainfield, IL.

    Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

DATED: **13 AUG 2010**    SIGNED BY: _/s/ Bruce W. Black_
                                                  Bankruptcy Judge BRUCE W. BLACK

PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312) 346-9088
PA No: 09-2759