UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    JOHN L EASLEY  
    CHRISTIE M EASLEY  
    Debtor(s)

Case No. 09-16100

**CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT**

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/04/2009.

2) The plan was confirmed on 07/23/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 06/22/2010.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $56,749.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $14,707.85 |
| Less amount refunded to debtor | $1,075.00 |

**NET RECEIPTS:** $13,632.85

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,124.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $750.53 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,874.53

Attorney fees paid and disclosed by debtor: $376.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACCOUNT RECOVERY SERVICE | Unsecured | 638.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT INC | Unsecured | 1,211.00 | NA | NA | 0.00 | 0.00 |
| B REAL LLC | Unsecured | 852.00 | 852.00 | 852.00 | 5.65 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 682.00 | NA | NA | 0.00 | 0.00 |
| BETH EASLEY | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| BLUE CROSS BLUE SHIELD | Unsecured | 40,000.00 | NA | NA | 0.00 | 0.00 |
| CAB SERVICES INC | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| CARDMEMBER SERVICES | Unsecured | 1,452.00 | 1,451.45 | 1,451.45 | 9.61 | 0.00 |
| CITIBANK | Unsecured | 2,027.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 1,750.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 3,289.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 905.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL AUTO | Unsecured | NA | 2,109.09 | 2,109.09 | 13.97 | 0.00 |
| COMCAST | Unsecured | 406.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS INTERCHANGE | Unsecured | 529.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS INTERCHANGE | Unsecured | 935.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 508.00 | 1,204.98 | 1,204.98 | 7.98 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 393.00 | 393.01 | 393.01 | 2.60 | 0.00 |
| GLENN N GROBE MD | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 793.00 | 1,755.09 | 1,755.09 | 11.62 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 369.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT HUMAN SERVICES | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF CHILD SUPPORT | Priority | 8,500.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | NA | 31,994.42 | 31,994.42 | 211.84 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 435.37 | 435.37 | 2.88 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 5,624.33 | 5,624.33 | 5,624.33 | 5,624.33 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| INTERNAL REVENUE SERVICE CORR | Unsecured | 435.37 | NA | NA | 0.00 | 0.00 |
| LAWRENCE GORSKI | Unsecured | 820.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR ET AL | Unsecured | 4,319.00 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 905.00 | 905.66 | 905.66 | 5.99 | 0.00 |
| MICHAEL J REICHERTS MD | Unsecured | NA | 126.95 | 126.95 | 0.84 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT SYSTEMS | Unsecured | 3,962.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT SYSTEMS | Unsecured | 3,962.00 | 3,962.24 | 3,962.24 | 26.24 | 0.00 |
| NEW HAMPSHIRE DIV OF HUMAN SE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| PMI DIAGNOSTIC IMAGING | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| RENAISSANCE RECOVERY SRVS | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 340.00 | 707.38 | 707.38 | 4.68 | 0.00 |
| ROBERT MORRIS COLLEGE | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 6,907.00 | 6,906.44 | 6,906.44 | 45.73 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 1,137.00 | 1,136.64 | 1,136.64 | 7.52 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 4,363.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 3,389.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 6,096.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 8,740.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 6,632.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 466.00 | 466.22 | 466.22 | 3.08 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 8,850.00 | 4,505.50 | 4,505.50 | 29.83 | 0.00 |
| T MOBILE USA | Unsecured | 531.00 | 227.49 | 227.49 | 1.51 | 0.00 |
| T MOBILE USA | Unsecured | 627.00 | 760.91 | 760.91 | 5.04 | 0.00 |
| TARGET NATIONAL BANK | Unsecured | 1,844.00 | NA | NA | 0.00 | 0.00 |
| THE SWISS COLONY | Unsecured | 1,263.00 | 1,262.61 | 1,262.61 | 8.36 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 5,065.00 | NA | NA | 0.00 | 0.00 |
| UNITED DIRECT FINANCE | Unsecured | 792.00 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SHOREWOOD | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL ACCEPTN | Unsecured | 7,649.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL ACCEPTN | Secured | 0.00 | 213.00 | 213.30 | 213.30 | 0.00 |
| WELLS FARGO FINANCIAL INC | Unsecured | 10,772.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MTGE | Secured | 36,728.71 | 3,489.03 | 3,489.03 | 3,489.03 | 0.00 |
| WELLS FARGO HOME MTGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIAM M HADESMAN MD | Unsecured | 4,031.00 | 4,031.00 | 4,031.00 | 26.69 | 0.00 |
| WISCONSIN DEPARTMENT OF TRANS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,489.03 | $3,489.03 | $0.00 |
| Debt Secured by Vehicle | $213.30 | $213.30 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$3,702.33** | **$3,702.33** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,624.33 | $5,624.33 | $0.00 |
| **TOTAL PRIORITY:** | **$5,624.33** | **$5,624.33** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$65,194.45** | **$431.66** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,874.53 |
| Disbursements to Creditors | $9,758.32 |
| **TOTAL DISBURSEMENTS :** | **$13,632.85** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/25/2010             By: /s/ Glenn Stearns
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**